# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DERRICK CATLETT, )<br>)<br>Defendant. ) | **CR04-128 MJP**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Court has been advised the probation officer assigned to this matter is not available for the February 24, 2006, hearing date - counsel have requested a continuation of the hearing date. The request is GRANTED.

The Evidentiary Hearing on Revocation is hereby continued to Monday, February 27, 2006, at 10:30am. The hearing will be held in Courtroom 12B, U.S. Courthouse, Seattle, Washington.

Dated this 16th day of February , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**

Dated this 16th day of February , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**